929 A.2d 630

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Joseph PRICE, Petitioner.**

**No. 162 EM 2005.**

Supreme Court of Pennsylvania.

July 12, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of July, 2007, the Motion for a Correction of an Illegal Sentence is denied without prejudice to his right to apply to the Philadelphia County Common Pleas Court for relief. The Application for Speedy Disposition of Motion is dismissed as moot.

929 A.2d 630

**Warren WEDDINGTON, Petitioner,**

v.

**Judge Glynnis D. HILL, Court of Common Pleas of Philadelphia County, Respondent.**

**No. 65 EM 2007.**

Supreme Court of Pennsylvania.

July 12, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of July, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus relief is denied and the judge's name is to be stricken from the caption.